AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elizabeth Lecron | ) Case No. | |
| | ) 3:18MJ5409 | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
8:27 am Dec 10 2018
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Dec. 4 to Dec. 8, 2018** in the county of **Wood County** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 844(d) | Explosive Materials- Transport with Intent to Injure or Damage Property |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Louie Espinosa, Jr., TFO FBI
Printed name and title

Sworn to telephonically after being submitted by reliable electronic means.

Date: 12/10/2018

_____
Judge's signature

City and state: Toledo, Ohio

James R. Knepp, II, U.S. Magistrate Judge
Printed name and title