## **APPENDIX A**

Acknowledgement

By signing below, I agree that I have read the attached protective order and agree to abide by its terms.

SIGNATURE *[signed]*      DATE 1/28/2019