IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3: 19 CR 4 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH LECRON, ET AL, | ) | MOTION FOR NO CONTACT ORDER |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Michelle M. Baeppler, Assistant United States Attorney, and moves this Court for an Order prohibiting contact between Elizabeth Lecron and Vincent Armstrong throughout the pendency of these proceedings.  Counsel for the government has learned that Lecron and Armstrong have communicated with one another regarding this case. Communication between and amongst co-defendants may impede the effective administration of justice. As such, the government requests that a no contact order be put in place by this Court.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ Michelle M. Baeppler
Michelle M. Baeppler (OH: 0065378)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3995
(216) 685-2378 (facsimile)
Michelle.Baeppler@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of March 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Michelle M. Baeppler
Michelle M. Baeppler
Assistant U.S. Attorney