IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:19-CR-0004 |
| Plaintiff, | ) ) ) | JUDGE JAMES G. CARR |
| v. | ) ) | |
| ELIZABETH R. LECRON, et al. | ) ) | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendants. | ) ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Michelle M. Baeppler, Assistant U. S. Attorney, and moves this Court for permission for the undersigned to withdraw as counsel of record, and requests that the Court no longer include the undersigned on the ECF system for this case. The instant case is currently assigned to Michael J. Freeman, Assistant U. S. Attorney, and Tracey Ballard Tangeman, Assistant U.S. Attorney, who will receive all ECF notifications.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Michelle M. Baeppler
        Michelle M. Baeppler (OH: 0065378)
        Assistant United States Attorney
        Federal Building
        2 South Main Street, Room 208
        Akron, OH 44308
        (330) 761-0519
        (330) 375-5492 (facsimile)
        Michelle.Baeppler@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of June 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                /s/ Michelle M. Baeppler
                                                Michelle M. Baeppler
                                                Assistant U.S. Attorney