FILED

2019 AUG 29 PM 12: 41

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SUPERSEDING |
| | ) INFORMATION |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:19CR4 |
| | ) |
| ELIZABETH R. LECRON, | ) JUDGE JAMES G. CARR |
| | ) |
| Defendant. | ) Title 18, Sections 844(d) and 2339A, United |
| | ) States Code |
| | ) |
| | ) |
| | ) |

COUNT 1
(Conspiracy to Provide and Conceal Material Support and Resources to Terrorists,
18 U.S.C. § 2339A)

The United States Attorney charges:

1.  From in or around April 2018 to December 10, 2018, in the Northern District of Ohio, Western Division, Defendant ELIZABETH R. LECRON did knowingly and intentionally conspire, combine, and agree with Vincent Armstrong to provide material support and resources, and to conceal and disguise the nature, location, source, and ownership of material support and resources, to wit: property, services, and personnel, including themselves, knowing and intending that they were to be used in preparation for, and in carrying out, violations of Title 18, United States Code, Sections 844(i) (malicious damage and destruction of property by fire and explosive materials); and 2332a (use of weapons of mass destruction), all in violation of Title 18, United States Code, Section 2339A.

ORIGINAL

<u>COUNT 2</u>
(Transporting Explosives in Interstate Commerce, 18 U.S.C. § 844(d))

The United States Attorney further charges:

2. On or about December 8, 2018, in the Northern District of Ohio, Western Division, Defendant ELIZABETH R. LECRON did transport and receive, and attempted to transport and receive, in interstate commerce explosive materials, to wit: Hodgdon Triple Seven Muzzleloading Propellant, with the knowledge and intent that the explosive materials would be used to kill, injure, and intimidate any individual and unlawfully to damage and destroy any building, vehicle, and other real or personal property, in violation of Title 18, United States Code, Section 844(d).

JUSTIN E. HERDMAN
United States Attorney