IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

        Plaintiff,

-vs-

Elizabeth Lecron,

        Defendant.

Case No. 3:19CR04-1

Sentencing Order
Re: Conditions of
Supervised Release

### STANDARD CONDITIONS

While on supervised release, Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, shall comply with the Mandatory and Standard Conditions adopted by this Court set forth in Part D of the Presentence Investigation Report of which you will be informed of on beginning supervised release. You shall comply with the following conditions and any additional conditions imposed at sentencing:

**Mandatory Drug Testing**
You must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter, as determined by the Court.

**Substance Abuse Treatment and Testing**
The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

**Mental Health Treatment**
You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Mental Health Medications**
You must take all mental health medications that are prescribed by your treating physician.

**Alcohol Restriction**
You must not use or possess alcohol.

**Search / Seizure**
You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**No Internet Access Without Permission**
You must not access the Internet except for reasons approved in advance by the probation officer.

I have reviewed and understand the above additional conditions of my sentence.

Date: 11/20/19

_____
Elizabeth Lecron, Defendant

_____
Donna Grill, Attorney

IT IS SO ORDERED.

_____
Judge James G. Carr

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:19CR04-1

        Plaintiff,   Defendant Acknowledges
   Waiver/Right to Appeal

-vs-

Elizabeth Lecron,

        Defendant.

    You can appeal your conviction if you believe your guilty plea was somehow unlawful or involuntary or if there was some other fundamental defect in your proceeding that your guilty plea did not waive.

    You also have the statutory right to appeal your sentence under certain circumstances, particularly if your sentence is contrary to law. However, your plea agreement may have waived some or all of these appeal rights. Such a waiver is generally enforceable.

    Your Notice of Appeal must be filed within fourteen days of entry of Judgment. Your lawyer will stay on this case until you decide whether to appeal. If you are unable to pay the costs of an appeal, you may seek leave to appeal without cost to yourself. You are also entitled to appointment of counsel on appeal if unable to obtain counsel yourself.

    I have reviewed and understand the above right to appeal.

Date: 11/20/19

                                              Elizabeth Lecron, Defendant

                                              Donna Grill, Attorney