# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

FILED
JAN 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES of AMERICA

V.

Elizabeth R. LeCron

Case No: 3:19cr04-1

USM No: 66184-060

## MOTION FOR REDUCTION OF SENTENCE UNDER 3582(c)(2)

I am filing a motion under the "zero point offender" ammendment. I am a zero point offender and I qualify for the reduction in sentencing.

Respectfully submitted,

*Elizabeth LeCron*

Elizabeth LeCron
66184060
SFF
PO Box 3000
Bruceton Mills, WV,
26525