

**Individualized Needs Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: LECRON, ELIZABETH 66184-060

SEQUENCE: 02198156
Team Date: 11-15-2023

| | |
|---|---|
| Facility: | HAF HAZELTON FCI |
| Name: | LECRON, ELIZABETH |
| Register No.: | 66184-060 |
| Age: | 28 |
| Date of Birth: | 03-27-1995 |

| | |
|---|---|
| Proj. Rel. Date: | 09-21-2031 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | HAF02537 / 04-01-2020 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | W LAUNDRY | SFF LAUNDRY ORDERLY | 01-17-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 04-01-2020 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-01-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF F | C | CARD MAKING 8 HOURS | 10-12-2022 | 11-30-2022 |
| HAF F | C | BASIC CROCHET 8 HOURS | 05-10-2022 | 06-28-2022 |
| HAF F | C | SFF:SERVSAFE M-FR (900-1030AM) | 05-04-2021 | 07-16-2021 |
| HAF F | C | SFF SELF STUDY CONFLICT RESOL. | 01-22-2021 | 01-28-2021 |
| HAF F | C | SELF-STUDY ACE:POVERTY IN AMER | 09-21-2020 | 09-25-2020 |
| HAF F | C | SELF-STUDY ACE: MONEY SKILLS | 05-04-2020 | 05-08-2020 |
| HAF F | C | SFF SELF STUDY WORLD WAR 1 | 08-17-2020 | 08-21-2020 |
| HAF F | C | SFF SELF STUDY LANGUAGE ARTS | 08-10-2020 | 08-14-2020 |
| HAF F | C | SELF-STUDY ACE: SPORTS STARS | 07-20-2020 | 07-24-2020 |
| HAF F | C | SELF-STUDY ACE:AMER-INDIAN WAR | 07-13-2020 | 07-17-2020 |
| HAF F | C | SELF-STUDY ACE: OUR SOLAR SYS | 06-22-2020 | 06-26-2020 |
| HAF F | C | SELF-STUDY ACE: EARTH SCIENCE | 06-15-2020 | 06-19-2020 |
| HAF F | C | SELF-STUDY ACE: ENHANCE VOCAB | 06-08-2020 | 06-12-2020 |
| HAF F | C | SELF-STUDY ACE: INFO TECHN 5 | 04-20-2020 | 04-27-2020 |
| HAF F | C | SELF-STUDY ACE: INFO TECHN 4 | 04-13-2020 | 04-17-2020 |
| HAF F | C | SELF STUDY ACE: AMERICAN LIT | 04-20-2020 | 04-24-2020 |
| HAF F | C | SELF-STUDY ACE: MONEY SKILLS | 05-04-2020 | 05-08-2020 |
| HAF F | C | SELF-STUDY ACE: STOP PROCRAST | 04-27-2020 | 04-30-2020 |
| HAF F | C | SELF-STUDY ACE: INFO TECHN 3 | 04-13-2020 | 04-17-2020 |
| HAF F | C | SELF-STUDY ACE: INFO TECHN 2 | 04-06-2020 | 04-10-2020 |
| HAF F | C | SELF-STUDY ACE: INFO TECHN 1 | 04-06-2020 | 04-10-2020 |
| HAF F | C | SELF-STUDY ACE: CREATE FUTURE | 04-06-2020 | 04-10-2020 |
| HAF F | C | SELF-STUDY ACE: FRACTIONS | 03-30-2020 | 04-03-2020 |
| HAF F | C | SELF-STUDY ACE: SOCIAL STUDY | 04-20-2020 | 04-24-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-03-2020 |
| CARE2-MH | CARE2-MENTAL HEALTH | 03-26-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-26-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-26-2020 |



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02198156 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 11-15-2023 |
| | Plan is for inmate: LECRON, ELIZABETH  66184-060 | |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 04-21-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 02-04-2021 |
| NR COMP | NRES DRUG TMT/COMPLETE | 11-11-2021 |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-14-2021 |
|---|---|---|---|
| Inmate Decision: | AGREED | $45.00 | Frequency: MONTHLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $0.00           Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 07-25-2022 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 04-07-2020 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 11-11-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 11-11-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 11-11-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 11-11-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 11-11-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 11-11-2023 |
| N-M HLTH Y | NEED - MENTAL HEALTH YES | 11-11-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 11-11-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-11-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-11-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 11-11-2023 |
| N-WORK Y | NEED - WORK YES | 11-11-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 11-11-2023 |

### Progress since last review

Inmate Lecron has retained her work assignment in Laundry, has maintained clear conduct, has completed Women Family Program, Beyond Violence; is participating in Assert Yourself, and is waitlisted for multiple programs/classes.

### Next Program Review Goals

Inmate Lecron should retain her work assignment in Laundry, maintain clear conduct, should complete Assert Yourself, and begin participating in and complete Occupational Education and Basic Cognative Skill by next review.

### Long Term Goals

By November 2024, inmate Lecron should retain her work assignment, maintain clear conduct, have completed Assert Yourself, Occupational Education, Basic Cognitive Skills, and have enrolled in and be participating in Aging Well, Circle of Strength, Foundation, and Square One.

### RRC/HC Placement

No.
Management decision - Will review 17-19 months prior to PRD. .

### Comments

PREA Risk Factors were reassessed, no changes in
risk level were noted. A discussion with the inmate was performed about the
location of children and family, not just destination

Sentry Data as of 11-11-2023        Individualized Needs Plan - Program Review   (Inmate Copy)        Page 2 of 4



| Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02198156 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 11-15-2023 |

Plan is for inmate: LECRON, ELIZABETH  66184-060

prior to considering and recommending transfer.

Ensure all contact list information is current & correct (inaccurate information could delay release plan & programs). Initial Custody Classification (points) is conducted 7 months from arrival then annually. Begin Release Preparation Program (no later than 30 months from PRD). Use Institutional & Re-entry resources to provide strong valid release address no later than 24 months from PRD. RRC/HC Eligibility review 19 to 17 months from PRD (5 Factor Review/2nd Chance Act). Present employment folder at all program reviews (to include but not limited to: resume (TYPED), certificates, awards, education data report, release job information/status) & financial plan. 13 months from PRD, Unit RPP is conducted to inmate reviewed for RRC placement, RRC conducted early in conjunction of program review/team. Inmate not eligible for RRC placement at this time due to length of sentence. PRD= 09-31-2031 Another review will be conducted 17-19 months prior to release ON 02-21-2030.

Begin Release Preparation Program (no later than 30 months from PRD). Use Institutional & Re-entry resources to provide strong valid release address no later than 24 months from PRD. RRC/HC Eligibility review 19 to 17 months from PRD (5 Factor Review/2nd Chance Act). Present employment folder at all program reviews (to include but not limited to: resume (TYPED), certificates, awards, education data report, release job information/status) & financial plan. 13 months from PRD, Unit RPP is conducted to finalize release & treatment plans for submission of RRC/HC referral or Notice of Release.

*Federal Bureau of Prisons*




## Certificate of Participation

## The Family Programming Series

The Family Programming Series is a 5-part gender-responsive and trauma informed care curriculum, grounded in evidenced based practices of cognitive behavioral therapy; motivational interviewing; the transtheoretical model of behavior change, and interactive journaling.

May 26, 2023

### LECRON, ELIZABETH

# 66184-060

R. Radcliff
Special Population Program Coordinator
Secure Female Facility
Hazelton, WV

*Federal Bureau of Prisons*



## Certificate of Participation

**Beyond Violence**



Beyond Violence is the first manualized intervention for women that focuses on anger and utilizes a multi-level approach and a variety of evidence-based therapeutic strategies (i.e., psychoeducation, role playing, mindfulness activities, cognitive-behavioral restructuring, and grounding skills for trauma triggers). This four-level model of violence prevention considers the complex interplay between individual, relationship, community, and societal factors. The program is designed to assist women in understanding trauma, the multiple aspects of anger, and emotional regulation.

August 9, 2023

**LECRON, ELIZABETH**

# 66184-060

R. Radcliff
Special Population Program Coordinator
Secure Female Facility
Hazelton, WV



# Certificate of Achievement

This certificate is awarded to

## E. Lecron

Congratulations! You have completed

## ServSafe® Food Handler Training

07/16/2021

Instructor _____ Date

Organization Federal Bureau of Prisons    Location Secure Female Facility

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO:

## *LECRON*

## *66184-060*

This is to certify that the above named participant has successfully completed
S.F.F. Hazelton's Introduction to Card Making Class on 11/30/2022

November 30, 2022.                                      Presented by: J. Zaccone, Recreation Specialist

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO:

## *Lecron*
## *66184-060*

This is to certify that the above named participant has successfully completed
S.F.F. Hazelton's Basic Crochet Class on 6/28/2022

June 28, 2022.   PRESENTED BY J. ZACCONE, RECREATION SPECIALIST

# CERTIFICATE OF COMPLETION
### FOR
## NON-RESIDENTIAL DRUG TREATMENT

*this certificate is awarded to:*

## ELIZABETH LECRON
## 66184-060

_SRepine_  
Signature

1-11-2022  
Date

# Certificate of Completion

### Presented to

### ELIZABETH LECRON, 66184-060

### For successfully completing the

### Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*



_____
S. Repine         DTS
FCC Hazelton    Institution

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

 

Lecron, Elizabeth
#66184-060

HAS COMPLETED TRAUMA IN LIFE AT SFF HAZELTON



FEB 11, 2021

x *C. Reshenberg Resolve Treatment Specialist*

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Lecron, Elizabeth
## #66184-060

HAS COMPLETED THE RESOLVE PHASE I (SEEKING SAFETY) AT SFF HAZELTON

JUN 02, 2022

x _____
Dr. C. Seymour, RESOLVE Program Coordinator



# Certificate of Completion

is presented to

**Lecron, Elizabeth (66184-060)**

for

**Completion of DBT**

As a portion of the Resolve Program

 , Resolve Coordinator  11-21-22
Signature                                              Date

# Certificate of Completion

is presented to

Lecron, Elizabeth (66184-060)

for

Completion of CPT

As a portion of the Resolve Program


Signature

3-17-23
Date



# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Elizbeth Lecron

HAS SUCCESSFULLY COMPLETED THE

**National Parenting Program Phase One and Phase Two**

JUNE 23 2020

SIGNED, *L Walker*, Parenting Instructor

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO:

## E. Lecron
## #66184-060

This is to certify that the above-named participant has successfully completed S.F.F. Hazelton's Introduction to Freestyle Painting Class on 10/19/2023

October 19, 2023.

Presented by: J. Zaccone, Recreation Specialist

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO:

*E. Lecron*

*66184-060*

This is to certify that the above-named participant has successfully completed S.F.F. Hazelton's Basic Drawing Class on 11/29/2023

PRESENTED BY: J. ZACCONE, RECREATION. SPECIALIST